United States of America

State of West Virginia  County of Putnam, ss:

# Letter of Administration

Estate of RALPH O'DELL BOWLING

I, Larry Frye, Fiduciary Supervisor of Putnam County, in the State of West Virginia, do hereby certify that BRITTANY MCHENRY was on the 28th day of March, 2025, appointed by the Fiduciary Supervisor of the Putnam County Commission as administratrix(s) of the Estate of RALPH O'DELL BOWLING, duly qualified as such by taking oath prescribed by law, and by giving approved bond in the sum of $15,000.00, as required by law.

NOW THEREFORE, be it known that said appointment is now in full force and effect and that full faith and credit are due and should be given to all the acts of the said BRITTANY MCHENRY as such administratrix(s) of the Estate of RALPH O'DELL BOWLING, as well in all jurisdictions, as elsewhere.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Putnam County Commission at my office in said County on the 28th day of March, 2025.

_____
Larry Frye
Fiduciary Supervisor of Putnam County

**EXHIBIT A**