# CV - Complaints and Other Initiating Documents

<u>2:25-cv-11111 Plaintiff v. Defendant</u>

**Docket Text: Final Text**
**COMPLAINT WITH FEE PAID. Bowling v. Ace Transport Filing Fee <mark>$405.00</mark>. Receipt # AWVSDC-8896399. (Attachments: # (1) Civil Cover Sheet, # (2) Proposed Summons, # (3) Proposed Summons, # (4) Proposed Summons, # (5) Proposed Summons, # (6) Proposed Summons, # (7) Exhibit) (Campbell, Robert)**

Attention!! Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.
Have you redacted?

*Source Document Path (for confirmation only):*
C:\fakepath\Bowling Complaint.pdf     pages: 15
C:\fakepath\Bowling Civil Cover Sheet.pdf     pages: 2
C:\fakepath\USDC Summons re AceTransport Miami LLC.pdf     pages: 2
C:\fakepath\USDC Summons re Ace Group Holdings Corp.pdf     pages: 2
C:\fakepath\USDC Summons re Rodolfo A. Alvarez.pdf     pages: 2
C:\fakepath\USDC Summons re Garcia Ortega Yulier.pdf     pages: 2
C:\fakepath\USDC Summons re The Celina Mutual Insurance Company.pdf     pages: 2
C:\fakepath\Bowling Disclosure Statement.pdf     pages: 2

[ Next ] [ Clear ]