Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Kris Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

RORY L. PERRY II
300 Virginia Street East #2400
Charleston, WV 25301-2523



**Control Number:** 342252

**Defendant:** GARCIA ORTEGA YULIER
3620 NW 197TH STREET
MIAMI GARDENS, FL 33056 US

**County:** Federal
**Civil Action:** 2:25-CV-00367
**Certified Number:** 92148901125134100004272840
**Service Date:** 7/9/2025

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.**

Sincerely,

Kris Warner
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia
At Charleston

| | |
|---|---|
| BRITTANY McHENRY, as Adminstratrix of the ESTATE OF RALPH O'DELL BOWLING,<br><br>*Plaintiff(s)*<br>v.<br>ACE TRANSPORT MIAMI LLC, a Florida limited liability company, ACE GROUP HOLDINGS CORP., a Florida corporation, ROLDOLFO A. ALVAREZ and GARCIA ORTEGA YULIER,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.   2:25-cv-00367<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
GARCIA ORTEGA YULIER
3620 NW 197th Street
Miami Gardens, FL 33056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert A. Campbell, Esq.
R. Chad Duffield, Esq.
Christian A. Huffman, Esq.
FARMER, CLINE & CAMPBELL, PLLC
Post Office Box 3842
Charleston, West Virginia 25338

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/3/2025                                s/Rory L. Perry II
                                                        *Signature of Clerk or Deputy Clerk*