IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**BRITTANY MCHENRY, as Administratrix of the ESTATE of RALPH O'DELL BOWLING,**

    Plaintiff,

vs.

**ACE TRANSPORT MIAMI, LLC a Florida Limited liability company, ACE GROUP HOLDINGS CORP., a Florida Corporation, RODOLFO A. ALVAREZ, and GARCIA ORTEGA YULIER,**

    Defendants.

**CIVIL ACTION NO.: 2:25-cv-00367**
**Honorable Judge Irene C. Berger**

### JOINT STIPULATION OF EXTENSION OF TIME FOR ACE TRANSPORT MIAMI, LLC, ACE GROUP HOLDINGS CORP. AND RUDOLFO A. ALVAREZ TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

COMES NOW the Plaintiff, BRITTANY MCHENRY, as Administratrix of the ESTATE of RALPH O'DELL BOWLING ("Plaintiff") and Defendants, ACE TRANSPORT MIAMI, LLC ("Ace Transport"), ACE GROUP HOLDINGS CORP. ("Ace Group"), and RODOLFO A. ALVAREZ (collectively "these Defendants"), by and through their respective undersigned counsel and pursuant to Southern District of West Virginia Local Rules 11.2 and 12.1, file this Joint Stipulation of Extension of Time for Defendants to file a responsive pleading to Plaintiff's Complaint and state as follows:

    1.    Defendant Ace Transport was served with Plaintiff's Complaint in this action on or about July 9, 2025.

    2.    Defendant Ace Group was served with Plaintiff's Complaint in this action on or about July 9, 2025.

3. Defendant Rodolfo A. Alvarez was served with Plaintiff's Complaint in this action on or about July 9, 2025.

4. Plaintiff and these Defendants agree that these Defendants will have until August 14, 2025 to respond to the Complaint and Plaintiff will not seek a default against these Defendants in the interim.

DATED: August 4, 2025

Respectfully Submitted,

**FARMER, CLINE & CAMPBELL**

*/s/Robert A. Campbell*
**ROBERT A. CAMPBELL, ESQ.**
West Virginia Bar No. 6052
racampbell@fcclaw.net
**R. CHAD DUFFIELD, ESQ.**
West Virginia Bar No. 9583
rcduffield@fcclaw.net
**CHRISTIAN A. HUFFMAN, ESQ.**
West Virginia Bar No. 14205
cahuffman@fcclaw.net
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, WV 25338
T: 304-346-5990
F: 304-346-5980
*Counsel for the Plaintiff*

**MATHIS LAW GROUP**

*/s/ Jessica A. Cappock, Esq.*
**JESSICA A. CAPPOCK, ESQ.**
Florida Bar No.: 1028337
jcappock@mathislawgroup.com
**MICHAEL M. RICOBALDI, ESQ.**
Florida Bar No.: 1018134
mricobaldi@mathislawgroup.com
515 E. Las Olas Blvd., Suite 130
Ft. Lauderdale, FL 33301
T: 954-616-4404
F: 954-616-4405
kvanleer@mathislawgroup.com
*Co-counsel for Ace Transport Miami, LLC, Ace Group Holdings Corp, and Rodolfo A. Alvarez (pending pro hac vice admission)*

**CIPRIANI &WERNER, PC**

*/s/ Robert A. Lockhart*
ROBERT A. LOCKHART, ESQ.
West Virginia Bar No.: 4657
RLockhart@c-wlaw.com
500 Lee Street, E., Suite 900
Charleston, WV 25301
T: (304) 341-0500
F: (304) 341-0507
MBonenberger@c-wlaw.com
*Co-counsel for Ace Transport Miami, LLC, Ace Group Holdings Corp, and Rodolfo A. Alvarez*