IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRITTANY MCHENRY,
*Administratrix of the Estate
of Ralph O'Dell Bowling*,

           Plaintiff,

v.                                  CIVIL ACTION NO.  2:25-cv-00367

ACE TRANSPORT MIAMI
LLC, et al.,

           Defendants.

**ORDER AND NOTICE**

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**09/03/25**    Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**09/10/25**    Last day for Rule 26(f) meeting.

**09/17/25**    Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the Court's website. See LR Civ P 16.1.

**10/02/25**    Scheduling conference at **9:00 a.m.**, in **Charleston, West Virginia**, before the undersigned, unless cancelled. If held, lead counsel shall appear and be prepared to discuss the following:

        (a)    the discovery to be completed and the amount of time necessary for its completion;

       (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;

       (c)    the possibility of entering into stipulations regarding issues for trial;

       (d)    the possibility of obtaining admissions regarding facts and documents; and

       (e)    other matters that will assist the parties in reaching a final resolution of this matter.

**10/9/25**    Entry of Scheduling Order.

**10/16/25**    Last day to serve FR Civ P 26(a)(1) initial disclosures pre-discovery.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:    August 15, 2025

        _/s/ Irene C. Berger_
        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA